Marie Pum and Ludwig Pum, Plaintiffs-Appellees, v. The Pennsylvania Railroad Company, a Corporation, Defendant-Appellant.

Gen. No. 48,720. 

First District, Second Division.

October 23, 1962.

Robert H. Bierma and Cornelius P. Callahan, Jr., of Chicago (Calvin K. Hubbell, of counsel), for appellant; Davis, Dietch & Ryan, of Chicago (Arthur F. Cichorski, of counsel), for appellees. Opinion by MR. JUSTICE BURKE. Not to be published in full.